UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN AIKENS,

               Plaintiff,

v.

KIRK STEVENSON, *et al.*,

               Defendants.
_____/

Civil Action No. 23-11613

Linda V. Parker
United States District Judge

David R. Grand
United States Magistrate Judge

## REPORT AND RECOMMENDATION TO DENY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 18, 24)

*Pro se* plaintiff Allen Aikens, an incarcerated person, brings this civil rights action pursuant to 42 U.S.C. § 1983, against Michigan Department of Corrections' employees Kirk Stevenson, Sara Belt, Steven Garrow, Noah Nagy, Dustin Steien, and Fumiktiko Yuki (collectively, "Defendants"), alleging claims for various violations of his constitutional rights.[1] (ECF No. 1).

Now before the Court for a Report and Recommendation are Defendants' Motions for Summary Judgment on the Basis of Exhaustion. (ECF Nos. 18, 24). On today's date, the Court held a hearing on these motions. For the detailed reasons stated on the record, **IT IS RECOMMENDED** that Defendants' motions **(ECF Nos. 18, 24)** be **DENIED**.

Dated: May 3, 2024
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

---

[1] On July 24, 2023, this case was referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636(b). (ECF No. 9).

## NOTICE REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *See Willis v. Sec'y of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 3, 2024.

                                                                        s/Eddrey O. Butts
                                                                        EDDREY O. BUTTS
                                                                        Case Manager